10/18/2021

Dear Judge McCafferty

They are saying I have to pay restitution $11,850.00 dollars. If I don't start paying it they are going to start taking the money out of my account.

They have the money back from the case. Can someone send a recipt to me or the prison stateing I don't have to pay it

Thank you
Brian Piper