IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

United States of America,

        Plaintiff,

v.                                    Case No. 20-CR-157-01-LM

Diana Dyson,

        Defendant.

## SATISFACTION OF JUDGMENT

The monetary penalties imposed on May 27, 2021, in the above-captioned action, have been satisfied and paid in full.

                                              JOHN J. FARLEY
                                              United States Attorney

                                             By: /s/ Michael T. McCormack
                                             Michael T. McCormack (No. 16470)
                                             United States Attorney's Office
                                             53 Pleasant Street, 4th Floor
                                             Concord, NH 03301
                                             (603) 225-1552
                                             Michael.McCormack2@usdoj.gov

DATED:    January 14, 2022